RB&C Services Inc.
890 Atlanta Street
Suite 179
Roswell, GA 30075
Phone: (404) 437-7273

# INVOICE

Invoice #RBC-2015001505
11/1/2015



Justine Perez

**Case Number: Southern District 1:15-CV-07808 DAB**

Plaintiff:
**BIGFOOT VENTURES LLC**

Defendant:
**PETER OBERTH**

Received: 10/13/2015    Served: 10/31/2015 10:45 am   PERSONAL
To be served on: Peter Oberth

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Service of Process Local 1353 Riverstone Parkway | 1.00 | 65.00 | 65.00 |
| Service of Process Zone 2 123 Walker Valley Way | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $140.00 |
| 10/13/2015 | | | 65.00 |
| 10/28/2015 | | | 75.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t